```
                   UNITED STATES BANKRUPTCY COURT
                   MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   RAIMOND B HALL                                 CASE NO. 08-51286
   TERRY B HALL                                   JUDGE Thomas W. Waldrep, Jr.
   160-7 KINDER RD
   WINSTON SALEM NC
                          27107                   DATE: 06/02/09

         Debtor(s)
   SSN(1)XXX-XX-8855 SSN(2)XXX-XX-0850
------------------------------------------------------------------------------
                          REPORT OF FILED CLAIMS

------------------------------------------------------------------------------

      Pursuant to 11 U.S.C. 704(5), the trustee has examined the proofs  of claim
filed in this case and objected to the allowance of such claims as  appeared  to
be improper except where no purpose would have been served  by  such  objection.
After such examination and objections, if any, the trustee  states  that  claims
should be deemed allowed or "not filed" as indicated below.


------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR                    AMOUNT   CLASSIFICATION
------------------------------------------------------------------------------
AT&T                                               .00   Unsecured
P O BOX 105503                             INT:   .00%   NOT FILED
ATLANTA GA                                      176425   ACCT:1914
                                  30348-5503      0015   COMM:
------------------------------------------------------------------------------
AT&T                                               .00   BNC NOTICES ONLY
P O BOX 105503                             INT:   .00%   NOT FILED
ATLANTA GA                                      176425   ACCT:
                                  30348-5503      0016   COMM:BNC
------------------------------------------------------------------------------
AT&T                                               .00   Unsecured
P O BOX 57907                              INT:   .00%   NOT FILED
MURRAY UT                                       077717   ACCT:
                                  84157-0000      0033   COMM:
------------------------------------------------------------------------------
AT&T                                               .00   BNC NOTICES ONLY
P O BOX 57907                              INT:   .00%   NOT FILED
MURRAY UT                                       077717   ACCT:
                                  84157-0000      0034   COMM:BNC
------------------------------------------------------------------------------
CARE CREDIT/GEMB                                   .00   Unsecured
P O BOX 981439                             INT:   .00%   NOT FILED
EL PASO TX                                      109144   ACCT:5110
                                  79998-0000      0019   COMM:
------------------------------------------------------------------------------
CARE CREDIT/GEMB                                   .00   BNC NOTICES ONLY
P O BOX 981439                             INT:   .00%   NOT FILED
EL PASO TX                                      109144   ACCT:
                                  79998-0000      0020   COMM:BNC
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
CITIFINANCIAL                                .00    Secured
2650 PETERS CREEK PARKWAY            INT:   .00%    AMENDED
WINSTON-SALEM NC                          212495    ACCT:XX7638
                             27127-0000    0001    COMM:DISALLOWED 4/09
------------------------------------------------------------------------------
CITIFINANCIAL                                .00    BNC NOTICES ONLY
2650 PETERS CREEK PARKWAY            INT:   .00%    NOT FILED
WINSTON-SALEM NC                          212495    ACCT:
                             27127-0000    0002    COMM:BNC
------------------------------------------------------------------------------
CITIFINANCIAL                                .00    NOTICES ONLY
ATTN OFFICER OR MANAGING AGENT       INT:   .00%    NOT FILED
2650 PETERS CREEK PARKWAY                 223851    ACCT:
WINSTON SALEM NC             27127-5655    0039    COMM:NOTICES ONLY
------------------------------------------------------------------------------
CREDIT BUREAU                                .00    NOTICES ONLY
P O BOX 26140                        INT:   .00%    NOT FILED
GREENSBORO NC                             025103    ACCT:
                             27402-0000    0021    COMM:NOTICES ONLY
------------------------------------------------------------------------------
CREDIT BUREAU                                .00    BNC NOTICES ONLY
P O BOX 26140                        INT:   .00%    NOT FILED
GREENSBORO NC                             025103    ACCT:
                             27402-0000    0022    COMM:BNC
------------------------------------------------------------------------------
DAVIDSON COUNTY TAX COLLECTOR                .00    Tax-Priority
28 W CENTER ST                       INT:   .00%    NOT FILED
LEXINGTON NC                              144827    ACCT:2007
                             27292-0000    0011    COMM:
------------------------------------------------------------------------------
DAVIDSON COUNTY TAX COLLECTOR                .00    BNC NOTICES ONLY
28 W CENTER ST                       INT:   .00%    NOT FILED
LEXINGTON NC                              144827    ACCT:
                             27292-0000    0012    COMM:BNC
------------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION               .00    NOTICES ONLY
P O BOX 26504                        INT:   .00%    NOT FILED
RALEIGH NC                                062191    ACCT:
                             27611-6504    0013    COMM:NOTICES ONLY
------------------------------------------------------------------------------
EMPLOYMENT SECURITY COMMISSION               .00    BNC NOTICES ONLY
P O BOX 26504                        INT:   .00%    NOT FILED
RALEIGH NC                                062191    ACCT:
                             27611-6504    0014    COMM:BNC
------------------------------------------------------------------------------
GREEN TREE SERVICING LLC                  278.91    CONTINUING DEBT
P O BOX 0049                         INT:   .00%
PALATINE IL                               362449    ACCT:0211
                             60055-0049    0003    COMM:97 MH
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR            AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
GREEN TREE SERVICING LLC                   .00    NOTICES ONLY
P O BOX 6154                       INT:   .00%    NOT FILED
RAPID CITY SD                          219930     ACCT:0211
                            57709-0000    0035    COMM:NOTICES ONLY
------------------------------------------------------------------------------
GREEN TREE SERVICING LLC              1,316.28    Arrearage Ongoing-Secured
P O BOX 0049                       INT:   .00%
PALATINE IL                            362449     ACCT:0211
                            60055-0049    0038    COMM:ARREARAGE
------------------------------------------------------------------------------
GREENTREE                                  .00    BNC NOTICES ONLY
P O BOX 6172                       INT:   .00%    NOT FILED
RAPID CITY SD                          156437     ACCT:
                            57709-0000    0004    COMM:BNC
------------------------------------------------------------------------------
MEDICAL DATA SYSTEMS                       .00    Unsecured
2001 9TH AVE                       INT:   .00%    NOT FILED
SUITE 312                              541079     ACCT:
VERO BEACH FL               32960-0000    0023    COMM:
------------------------------------------------------------------------------
MEDICAL DATA SYSTEMS                       .00    BNC NOTICES ONLY
2001 9TH AVE                       INT:   .00%    NOT FILED
SUITE 312                              541079     ACCT:
VERO BEACH FL               32960-0000    0024    COMM:BNC
------------------------------------------------------------------------------
MIDLAND FUNDING                            .00    BNC NOTICES ONLY
% SMITH DEBNAM NARRON & WYCHE      INT:   .00%    NOT FILED
P O BOX 26268                          287883     ACCT:
RALEIGH NC                  27611-6268    0026    COMM:BNC
------------------------------------------------------------------------------
NEW BRIDGE BANK                            .00    BNC NOTICES ONLY
P O BOX 867                        INT:   .00%    NOT FILED
LEXINGTON NC                           138091     ACCT:
                            27293-0867    0006    COMM:BNC
------------------------------------------------------------------------------
NEWBRIDGE BANK                        5,895.00    Vehicles-Secured
38 WEST FIRST AVE                  INT:  7.00%
LEXINGTON NC                           200037     ACCT:0816
                            27293-0000    0005    COMM:2003 FORD WINDSTAR
------------------------------------------------------------------------------
NEWBRIDGE BANK                           62.75    Unsecured
38 WEST FIRST AVE                  INT:   .00%
LEXINGTON NC                           200037     ACCT:3809
                            27293-0000    0027    COMM:
------------------------------------------------------------------------------
NEWBRIDGE BANK                             .00    BNC NOTICES ONLY
38 WEST FIRST AVE                  INT:   .00%    NOT FILED
LEXINGTON NC                           200037     ACCT:
                            27293-0000    0028    COMM:BNC
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR              AMOUNT    CLASSIFICATION
------------------------------------------------------------------------------
NEWBRIDGE BANK                          1,716.60   Unsecured
38 WEST FIRST AVE                   INT:    .00%
LEXINGTON NC                             200037    ACCT:0816
                          27293-0000     2005      COMM:Split Claim
------------------------------------------------------------------------------
OSI                                         .00    Unsecured
200 S EXECUTIVE DR 3RD FLOOR        INT:    .00%   NOT FILED
BROOKFIELD WI                            479794    ACCT:
                          53008-0933     0017      COMM:
------------------------------------------------------------------------------
OSI                                         .00    BNC NOTICES ONLY
200 S EXECUTIVE DR 3RD FLOOR        INT:    .00%   NOT FILED
BROOKFIELD WI                            479794    ACCT:
                          53008-0933     0018      COMM:BNC
------------------------------------------------------------------------------
PERRY GALE STONE MD                         .00    Unsecured
P O BOX 426                         INT:    .00%   NOT FILED
KING NC                                  222354    ACCT:X6-58
                          27021-0000     0029      COMM:
------------------------------------------------------------------------------
PERRY GALE STONE MD                         .00    BNC NOTICES ONLY
P O BOX 426                         INT:    .00%   NOT FILED
KING NC                                  222354    ACCT:
                          27021-0000     0030      COMM:BNC
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC                     8,951.17   Unsecured
P O BOX 91121 MS 550                INT:    .00%
SEATTLE WA                               459459    ACCT:5638
                          98111-9221     0025      COMM:
------------------------------------------------------------------------------
ROUNDUP FUNDING LLC                       799.54   Unsecured
P O BOX 91121 MS 550                INT:    .00%
SEATTLE WA                               459459    ACCT:U646
                          98111-9221     0031      COMM:
------------------------------------------------------------------------------
SEARS                                       .00    BNC NOTICES ONLY
% NCO FINANCIAL                     INT:    .00%   NOT FILED
507 PRUDENTIAL RD                        175105    ACCT:
TRENTON NJ                08650-4907     0032      COMM:BNC
------------------------------------------------------------------------------
WACHOVIA DEALER SERVICES                7,618.19   Vehicles-Secured
P O BOX 25341                       INT:   7.00%
SANTA ANA CA                             308511    ACCT:1277
                          92799-0000     0007      COMM:2000 FORD FOCUS
------------------------------------------------------------------------------
WACHOVIA DEALER SERVICES                    .00    BNC NOTICES ONLY
P O BOX 25341                       INT:    .00%   NOT FILED
SANTA ANA CA                             308511    ACCT:
                          92799-0000     0008      COMM:BNC
------------------------------------------------------------------------------
```

```
                 PAGE   5 - CHAPTER 13 CASE NO. 08-51286

--------------------------------------------------------------------------------
NAME AND ADDRESS OF CREDITOR                AMOUNT    CLASSIFICATION
--------------------------------------------------------------------------------
WACHOVIA DEALER SVCS                           .00    NOTICES ONLY
P O BOX 19657                         INT:   .00%    NOT FILED
IRVINE CA                                   258854    ACCT:1277
                               92623-9657     0036    COMM:NOTICES ONLY
--------------------------------------------------------------------------------
WILEY NIFONG                                110.00    CONTINUING DEBT
310 KINDER RD                         INT:   .00%
WINSTON-SALEM NC                            150984    ACCT:
                               27107-0000     0009    COMM:LOT RENT
--------------------------------------------------------------------------------
WILEY NIFONG                                   .00    BNC NOTICES ONLY
310 KINDER RD                         INT:   .00%    NOT FILED
WINSTON-SALEM NC                            150984    ACCT:
                               27107-0000     0010    COMM:BNC
--------------------------------------------------------------------------------
WILEY NIFONG                                440.00    Arrearage Ongoing-Secured
310 KINDER RD                         INT:   .00%
WINSTON-SALEM NC                            150984    ACCT:
                               27107-0000     0037    COMM:ARREARAGE
--------------------------------------------------------------------------------
TOTAL                                    27,188.44
--------------------------------------------------------------------------------
A CARL PENNEY                             2,500.00    ATTORNEY
P O BOX 21103
WINSTON-SALEM NC
                               27120-1103
--------------------------------------------------------------------------------
```

```
                              KATHRYN BRINGLE
                              P O BOX 2115
                              WINSTON-SALEM NC
                                              27102-2115
```

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

```
            Clerk, US Bankruptcy Court
            226 South Liberty Street
            Winston-Salem, NC  27101
```

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

```
                              OFFICE OF THE CHAPTER 13 TRUSTEE

Date: 06/02/2009             By: s/ M. MOUNGER
                                 Clerk
                                 Chapter 13 Office
                                 PO Box 2115
                                 Winston-Salem, NC  27102-2115
```

cc:  Debtor(s)
     Attorney for Debtor(s)