IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

IN RE:

| | |
|---|---|
| RAIMOND B. HALL | 08-51286 |
| TERRY B. HALL | CHAPTER 13 |

### EX PARTE MOTION TO RESTRICT PUBLIC ACCESS TO DOCUMENTS

Pursuant to sections 105(a) and 107(c)(1) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9037 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), CitiFinancial ("Citi"), by and through its undersigned counsel, hereby move this Court to restrict remote electronic access to the Designated Filing (as defined below) to protect certain confidential customer information ("PII") contained therein. In support of this motion (the "Motion"), Citi respectfully states as follows:

### BACKGROUND

1. Citi takes very seriously the need to protect its customers' PII and its obligations under Bankruptcy Rule 9037. Citi's good faith belief was that it had redacted the PII in compliance with Bankruptcy Rule 9037 prior to filing Proof of Claim No. 6-1 in the above-captioned case (the "Designated Filing").

2. However, Citi uncovered certain imperfectly-redacted PII in the Designated Filing, and therefore has filed the instant Motion to restrict access to the Designated Filing.[1] Citi is not aware of any instances in which this PII was misused, and Citi believes the risk of unauthorized access or misuse for identity theft or other harmful purposes is low. However, by

---

[1] Certain of the imperfect redactions are not readily apparent, but are capable of detection if the filings are manipulated through the use of certain software.

this Motion, Citi is taking steps to reduce this potential exposure by permanently restricting access to the Designated Filing.

### RELIEF REQUESTED

3. Citi hereby requests that the Court order the Clerk of the Court to restrict remote electronic access to the Designated Filings.

4. Citi believes that, pursuant to sections 105(a) and 107(c)(1) of the Bankruptcy Code and Bankruptcy Rule 9037, cause exists to restrict access to the Designated Filings.

5. Citi requests that to the extent the above-captioned case is closed, it will not be necessary for Citi to request that the case be reopened.

**WHEREFORE**, Citi respectfully requests that the Court enter an Order, (i) directing the Clerk of the Court to restrict remote electronic access to the Designated Filing, and (ii) granting such other and further relief as the Court deems appropriate.

This the 29th day of April, 2013.

*s/ Siri Rhyne Setzer*
Siri Rhyne Setzer
N.C. State Bar No.: 41577
Counsel to CitiFinancial
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
ncbkmail@shapiro-ingle.com
Phone: (704) 333-8107
Fax: (704) 333-8156

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION**

IN RE:

**RAIMOND B. HALL**                                                          **08-51286**
**TERRY B. HALL**                                                             **CHAPTER 13**

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Raimond B. Hall and Terry B. Hall
160-7 Kinder Road
Winston-Salem, NC 27107


(Served via U.S. Mail and Electronic Notification)
John A. Meadows
2596-C Reynolda Rd.
Winston-Salem, NC 27106

(Served via Electronic Notification Only)
Kathryn L. Bringle
2000 West First St., Suite 300
P.O. Box 2115
Winston-Salem, NC 27102

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service and/or by electronic mail, if applicable.

    This the 29th day of April, 2013.

                                                                    *s/ Siri Rhyne Setzer*
                                                                     Siri Rhyne Setzer
                                                                     N.C. State Bar No.: 41577
                                                                     Counsel to CitiFinancial
                                                                     10130 Perimeter Parkway, Suite 400
                                                                     Charlotte, NC 28216
                                                                     ncbkmail@shapiro-ingle.com
                                                                     Phone: (704) 333-8107
                                                                     Fax: (704) 333-8156

13-044902