Form 301

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re:

Raimond B. Hall    xxx–xx–8855  ) Case Number: 08–51286
Terry B Hall    xxx–xx–0850  )
 ) Chapter: 13
　　　　　　　　　Debtor(s)  )

## ORDER RESTRICTING PUBLIC ACCESS TO PROOF OF CLAIM ATTACHMENTS

　　　An Ex Parte Motion for an Order to restrict public access to the attachments to claim(s) was filed by CITI in the above–named case. The Court has considered the motion and finds that no further notice need be provided to grant the relief requested, and based on the motion, the pleadings in the case, and the applicable law, cause exists for granting the relief requested. Wherefore, it is

　　　ORDERED that the Motion is granted; and it is further

　　　ORDERED that the Clerk of this Court is hereby directed to restrict public access on the Court's electronic filing system to the attachments to the claim(s) identified in the Motion of CITI. Access to the attachments to the claim(s) may be provided to the Debtor(s), Debtor's attorney, the Trustee, and the Bankruptcy Administrator upon request; and it is further

　　　ORDERED that the relief granted herein shall not have any substantive or material effect upon the validity, priority, or status of the original claims, any orders allowing or disallowing or otherwise relating to the original claims, any deadlines for objecting to the original claims, any assignments of the claims, or any distributions made or to be made upon the original or assigned claims; and it is further

　　　ORDERED that in the event the above–named case is closed, it will not be necessary for the case to be reopened, and no fees relating to the filing of the Motion are to be charged to CITI; and it is further

　　　ORDERED that the Court shall retain jurisdiction relating to the implementation and interpretation of this Order.

Dated: 4/30/13

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas W. Waldrep, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge