UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON SALEM DIVISION

IN RE:                                          CASE NO. 08-51286
                                                CHAPTER 13
RAIMOND B HALL
TERRY B HALL                                    JUDGE THOMAS W. WALDREP JR.

        DEBTORS                        **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, KATHRYN L.
BRINGLE files this Notice of Final Cure Payment. The amount required to cure the default in the claim
listed below has been paid in full.

**Name of Creditor:** GREEN TREE SERVICING LLC

---

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| | 0211 | $1,316.28 | $1,316.28 | $1,316.28 |
| Total Amount Paid by Trustee | | | | $1,316.28 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors
have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

The June 2013 payment was mailed 6-4-13 via check #895916

CASE NO. 08-51286

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 5th day of June, 2013.

RAIMOND B HALL, TERRY B HALL, 160-7 KINDER RD, WINSTON SALEM, NC  27107

ELECTRONIC SERVICE - JOHN A MEADOWS, SUITE C, 2596 REYNOLDA RD, WINSTON-SALEM, NC  27106

GREEN TREE SERVICING LLC, P O BOX 6154, RAPID CITY, SD  57709

Date:  June 05, 2013                    /s/ KATHRYN L. BRINGLE
                                        KATHRYN L. BRINGLE
                                        Chapter 13 Trustee
                                        P O BOX 2115
                                        WINSTON-SALEM, NC  27102-2115