UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA WINSTON-SALEM

IN RE: HALL III RAIMOND BALDWI        ) CHAPTER  13
       HALL TERRY BUTNER               )
                                       ) CASE NO. 08-51286
       Debtor(s).                      )

RESPONSE TO NOTICE OF FINAL CURE PAYMENT

Now comes Green Tree Servicing LLC, pursuant to Bankruptcy Rule 3002.1 (g) and for its Response to the Trustee's Notice of Final Cure Payment states as follows:

☒   The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full and the Debtor(s) are current in post petition payments. The next payment is due 07/05/2013 in the amount of $278.91 which is comprised of $278.91 principle and interest, $0.00 escrow charges, and $0.00 other charges.

☐   The Creditor's Authorized Agent concurs that all prepetition arrears have been paid in full, but the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for in the amount of $:

                                Principle & Interest:
                                $_____
                                Escrow Charges:
                                $_____
                                Other Charges:        $_____

                                Total Due:
                                $_____.

☐   The Creditor's Authorized Agent denies that all pre petition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. In addition, the Debtor(s) are DELINQUENT in post petition payments. The payments are past due for _____, 2013 in the amount of $_____:

                                Principle & Interest:
                                $_____
                                Escrow Charges:
                                $_____
                                Other Charges:        $_____

                                Total Due:
                                $_____.

☐ The Creditor's Authorized Agent denies that all prepetition arrears have been paid. According to the records of the Creditor, an arrears claim was filed in the amount of $_____ and the Trustee has paid a total of $_____. See ECF Claim No. _____. The Debtor(s) are current in post petition payments. The next payment is due _____, 2013 in the amount of $_____ which is comprised of $_____ principle and interest, $_____ escrow charges, and $_____ other charges.

By :
/s/ Jamie Crawford
BK Rep
Green Tree Servicing LLC
PO BOX 6154
Rapid City, South Dakota 57709-6154

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA WINSTON-SALEM

IN RE:  HALL III RAIMOND BALDWI
        HALL TERRY BUTNER                          NO. 08-51286

## CERTIFICATE OF SERVICE

I, Jamie Crawford, do hereby certify that I have served a true and correct copy of the **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** filed by Green Tree Servicing LLC on 6/18/13 via ECF notification service John A. Meadows, kovercash@triad.rr.com; Kathryn L. Bringle, office@chapter13ws.com.

DATED:  This the 18th day of June, 2013.


                                                /s/  Jamie Crawford


Jamie Crawford
Bankruptcy Specialist
Green Tree Servicing, LLC
P.O. Box 6154
Rapid City, SD 57703