C-13-15(a)(Motion)
(Rev. 09/09)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In Re: | ) | **Motion and Notice** |
| | ) | **Chapter 13** |
| | ) | |
| RAIMOND B HALL | ) | No:  B-08-51286 C-13W |
| TERRY B HALL | ) | |
| Debtor(s) | ) | |

Kathryn L. Bringle, Trustee, respectfully moves the Court for an order as follows:

Green Tree Servicing LLC (the "Creditor") filed a proof of claim and provided evidence of a lien on the Debtor(s) 1997 Fleetwood mobile home.

The Trustee has been disbursing ongoing monthly mortgage payments to the Creditor and has paid the Creditor's arrearage claim in full.  The Trustee's records reflect that the account is current.

The Trustee respectfully requests as follows:

1. That an order be entered finding that all prepetition and postpetition defaults have been cured and that the account be deemed current and reinstated on the original payment schedule under the note and security agreement as if no default had ever occurred.

2. That the Creditor be required to credit payments received beginning July 2013 to monthly payments due beginning July 2013.


Date: June 26, 2013                                                            s/ Kathryn L. Bringle
KLB/SY/thf                                                                              Trustee

-------------------------------------------------------------------------------------------------------------------------------
**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION by  July 26, 2013   with the United States Bankruptcy Court at the address of

*226 South Liberty Street*
*Winston-Salem, NC 27101*

and must serve the parties named on the attached list of Parties To Be Served.
If no objection is filed within the time period, the Court will consider this motion without a hearing. If an objection is timely filed, a hearing on the motion will be held on   August 14, 2013   at 9:30 a.m. in the Courtroom at 226 South Liberty Street, Winston-Salem, North Carolina.


Date:   June 26, 2013                                                       OFFICE OF THE CLERK
                                                                                              U.S. Bankruptcy Court

PARTIES TO BE SERVED
PAGE 1 OF 1
B-08-51286 C-13W

RAIMOND B HALL
TERRY B HALL
160-7 KINDER RD
WINSTON SALEM, NC 27107

JOHN A MEADOWS
SUITE C
2596 REYNOLDA RD
WINSTON-SALEM, NC 27106

GREEN TREE SERVICING LLC                    NOT ON MATRIX
ATTN OFFICER OR MANAGING AGENT
P O BOX 6154
RAPID CITY, SD 57709

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115