SO ORDERED.

SIGNED this 31st day of July, 2013.


UNITED STATES BANKRUPTCY JUDGE



C-13-15a(Order)
(Rev.10/09)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                      )
                                            )
                                            )
RAIMOND B. HALL                             )
TERRY B. HALL,                              )       No. B-08-51286        C-13W
                                            )
            Debtors.                        )

## ORDER

This matter came before the Court upon the Motion of Kathryn L. Bringle, Trustee for the above-referenced Debtors, for a determination that the mortgage account of Green Tree Servicing, LLC (the "Creditor") or its successors and assignees is current and to require the Creditor to properly credit payments to the mortgage account.

The Creditor filed a proof of claim in the Chapter 13 case and provided evidence of a lien on the Debtors' 1997 Fleetwood mobile home.

The Trustee has been disbursing ongoing monthly mortgage payments to the Creditor and has paid the Creditor's arrearage claim in full. The Trustee's records show that the mortgage account is current.

The Court is of the opinion that the Trustee's motion should be granted; therefore, it is

**ORDERED** that all prepetition and postpetition defaults are deemed to have been cured and the account is deemed current and reinstated on the original payment schedule under the note and security agreement as if no default had ever occurred; and it is further

**ORDERED** that the Creditor is required to credit payments it receives beginning July 2013 to monthly payments due beginning July 2013.

END OF DOCUMENT

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
08-51286   C-13W

RAIMOND B HALL
TERRY B HALL
160-7 KINDER RD
WINSTON SALEM, NC 27107

JOHN A MEADOWS
SUITE C
2596 REYNOLDA RD
WINSTON-SALEM, NC 27106

GREEN TREE SERVICING LLC                    NOT ON MATRIX
ATTN OFFICER OR MANAGING AGENT
P O BOX 6154
RAPID CITY, SD 57709

KATHRYN L. BRINGLE
CHAPTER 13 TRUSTEE
PO BOX 2115
WINSTON-SALEM, NC  27102-2115